IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KERRISUE BARTHOL, O/B/O R.L.B., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08-CV-39-CSC |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Upon consideration of the Commissioner's motion for an extension of time, (doc. # 15) it is

ORDERED that the motion be and is hereby GRANTED and that the time for filing the Commissioner's brief be and is hereby extended from June 27, 2008, to July 28, 2008.

Done this 27th day of June, 2008.

       /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE