IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KERRISUE BARTHOL o/b/o R.L.B., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08-cv-39-CSC |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Now pending before the court is the defendant's second motion for an extension of time to file his brief (doc. # 17). Upon consideration of the motion and for good cause, it is

ORDERED that the defendant's motion for an extension of time to file his brief (doc. # 17) be and is hereby GRANTED and the deadline for filing his brief be and is hereby EXTENDED from July 28, 2008 until August 27, 2008.

The defendant is specifically advised that, absent extraordinary circumstances, no further extensions will be granted.

Done this 29th day of July, 2008.

        /s/Charles S. Coody
        CHARLES S. COODY
        UNITED STATES MAGISTRATE JUDGE